**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael B. Prentice            CHAPTER 13
              Debtor(s)

BKY. NO. 21-13344 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

                    Respectfully submitted,

                    /s/ *Rebecca Solarz*
                    Rebecca Solarz
                    08 Feb 2022, 15:31:06, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322