DATE            AMOUNT

**PAY**

PAY TO THE
ORDER OF

*Michael Prentice*

FILE RECORD
AUTHORIZED SIGNATURE

W/E -

Employee Number:
Department Number:
Social Security Number:
Withholding Allowances: S2

Pay Day:
Pay Period:
Pay Rate: 15 PER HOUR
**NET PAY:** ***568.94

| Description | Earnings Hours | This Period | Year-To-Date | Description | Taxes This Period | Year-To-Date | Deductions / Miscellaneous Items Description | This Period | Year-To-Date |
|---|---|---|---|---|---|---|---|---|---|
| SALARY | 46.5 | 697.50 | 697.50 | FED WH | 52.37 | 52.37 | HEALTH INSURANC | 0.00 | 0.00 |
| SALARYII | | 0.00 | 0.00 | SOC SEC TAX | 43.25 | 43.25 | | | |
| | | | | MEDICARE TAX | 10.11 | 10.11 | | | |
| | | | | STATE INCOME TAX | 21.41 | 21.41 | | | |
| | | | | STATE UNEMPLOYM | 0.42 | 0.42 | | | |
| | | | | MARPLE TOWNSHIP | 1.00 | 1.00 | | | |

Total Earnings    697.50    697.50    Total Taxes    128.56    128.56    Total Deductions    0.00    0.00

Employee Number:
Department Number:
Social Security Number:
Withholding Allowances: S2

Pay Day: 09/24/2018
Pay Period:
Pay Rate: 15 PER HOUR
**NET PAY:** ***568.94

| Description | Earnings Hours | This Period | Year-To-Date | Description | Taxes This Period | Year-To-Date | Deductions / Miscellaneous Items Description | This Period | Year-To-Date |
|---|---|---|---|---|---|---|---|---|---|
| SALARY | 46.5 | 697.50 | 697.50 | FED WH | 52.37 | 52.37 | HEALTH INSURANC | 0.00 | 0.00 |
| SALARYII | | 0.00 | 0.00 | SOC SEC TAX | 43.25 | 43.25 | | | |
| | | | | MEDICARE TAX | 10.11 | 10.11 | | | |
| | | | | STATE INCOME TAX | 21.41 | 21.41 | | | |
| | | | | STATE UNEMPLOYM | 0.42 | 0.42 | | | |
| | | | | MARPLE TOWNSHIP | 1.00 | 1.00 | | | |

Total Earnings    697.50    697.50    Total Taxes    128.56    128.56    Total Deductions    0.00    0.00

*This is Mike Weekley Pay + What we Take out*
*He Works Every Week from May to End of Dec    John Pagnoni*
*It is Same Every Week 40 hrs*

# Earnings Statement

**ADP**

Company Code | Loc/Dept | Number | Rate

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 12/25/2021
Period Ending: 12/31/2021
Pay Date: 12/30/2021

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 800.00 | 800.00 |
| **Gross Pay** | | | **$800.00** | $800.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.21 | 63.21 |
| Social Security | -49.60 | 49.60 |
| Medicare | -11.60 | 11.60 |
| Pennsylvania State Income | -24.56 | 24.56 |
| Pennsylvania State UI | -0.48 | 0.48 |
| Phila R Local Income | -30.72 | 30.72 |

| **Net Pay** | **$619.83** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $800.00

SEQ 000328

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| | | | |

**Earnings Statement**

ADP

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 01/08/2022
Period Ending: 01/14/2022
Pay Date: 01/14/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 800.00 | 1600.00 |
| Commission | | 0.00 | 160.00 | 283.00 |
| **Gross Pay** | | | **$960.00** | **$1,883.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -81.36 | 158.28 |
| Social Security | -59.52 | 116.75 |
| Medicare | -13.92 | 27.30 |
| Pennsylvania State Income | -29.47 | 57.81 |
| Pennsylvania State UI | -0.58 | 1.13 |
| Phila R Local Income | -36.86 | 72.30 |

| **Net Pay** | **$738.29** |
|---|---|

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $960.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

SEQ 000356
Company Code    Loc/Dept    Number    Page

**Earnings Statement**

**ADP**

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting:   01/15/2022
Period Ending:    01/21/2022
Pay Date:         01/21/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 900.00 | 2500.00 |
| Commission |  | 0.00 | 191.00 | 474.00 |
| **Gross Pay** |  |  | **$1,091.00** | **$2,974.00** |

**Important Notes**
Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.94 | 259.22 |
| Social Security | -67.64 | 184.39 |
| Medicare | -15.82 | 43.12 |
| Pennsylvania State Income | -33.49 | 91.30 |
| Pennsylvania State UI | -0.65 | 1.78 |
| Phila R Local Income | -41.89 | 114.19 |

| Net Pay | $830.57 |
|---|---|

Your federal taxable wages this period are $1,091.00

© 1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE

SEQ 000305

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

**Earnings Statement**

ADP

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 01/22/2022
Period Ending: 01/28/2022
Pay Date: 01/28/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 3400.00 |
| Commission | | 0.00 | 138.00 | 612.00 |
| **Gross Pay** | | | **$1,038.00** | **$4,012.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -90.72 | 349.94 |
| Social Security | -64.35 | 248.74 |
| Medicare | -15.05 | 58.17 |
| Pennsylvania State Income | -31.87 | 123.17 |
| Pennsylvania State UI | -0.63 | 2.41 |
| Phila R Local Income | -39.86 | 154.05 |
| **Net Pay** | **$795.52** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,038.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

SEQ 000355

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

**Earnings Statement** 

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 01/29/2022
Period Ending: 02/04/2022
Pay Date: 02/04/2022

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:    0
 Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:
 State:
 Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 4300.00 |
| Commission | | 0.00 | 129.00 | 741.00 |
| **Gross Pay** | | | **$1,029.00** | **$5,041.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -89.64 | 439.58 |
| Social Security | -63.80 | 312.54 |
| Medicare | -14.92 | 73.09 |
| Pennsylvania State Income | -31.59 | 154.76 |
| Pennsylvania State UI | -0.61 | 3.02 |
| Phila R Local Income | -39.51 | 193.56 |

| **Net Pay** | **$788.93** | |
|---|---|---|

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $1,029.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

SEQ 000413

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

**Earnings Statement**

ADP

Tar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 02/05/2022
Period Ending: 02/11/2022
Pay Date: 02/11/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 5200.00 |
| Commission | | 0.00 | 162.00 | 903.00 |
| **Gross Pay** | | | **$1,062.00** | **$6,103.00** |

**Important Notes**
Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -94.56 | 534.14 |
| Social Security | -65.85 | 378.39 |
| Medicare | -15.40 | 88.49 |
| Pennsylvania State Income | -32.60 | 187.36 |
| Pennsylvania State UI | -0.64 | 3.66 |
| Phila R Local Income | -40.78 | 234.34 |
| **Net Pay** | **$812.17** | |

Your federal taxable wages this period are $1,062.00

© 1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE

SEQ 000383

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

**Earnings Statement**

ADP

Yar X Corp
1000 Ridge Ave
Philadelphia, PA 19123

Period Starting: 02/12/2022
Period Ending: 02/18/2022
Pay Date: 02/18/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Michael Prentice
7183 North 18 Th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 900.00 | 6100.00 |
| Commission | | 0.00 | 189.00 | 1092.00 |
| **Gross Pay** | | | **$1,089.00** | **$7,192.00** |

**Important Notes**
Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.50 | 634.64 |
| Social Security | -67.51 | 445.90 |
| Medicare | -15.79 | 104.28 |
| Pennsylvania State Income | -33.43 | 220.79 |
| Pennsylvania State UI | -0.66 | 4.32 |
| Phila R Local Income | -41.82 | 276.16 |

| Net Pay | $829.29 |
|---|---|

Your federal taxable wages this period are $1,089.00

© 1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE