## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael B. Prentice | |
| Debtor(s) | CHAPTER 13 |
| THE MONEY SOURCE, its successors and/or assigns | |
| Movant | |
| vs. | |
| Michael B. Prentice | NO. 21-13344 ELF |
| Debtor(s) | |
| Kenneth E. West | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of THE MONEY SOURCE, which was filed with the Court on or about **February 15, 2022, docket number 27**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 24, 2022