# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                            Chapter 13

MICHAEL B. PRENTICE                      Bankruptcy No. 21-13344-ELF

7183 N. 18TH STREET

PHILADELPHIA, PA 19126

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MICHAEL B. PRENTICE

    7183 N. 18TH STREET

    PHILADELPHIA, PA 19126

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 3/1/2022                                                                        /s/ Kenneth E. West

                                                               _____
                                                               Kenneth E. West, Esquire
                                                               Chapter 13 Standing Trustee