## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : Chapter 13
                                        :
    MICHAEL B. PRENTICE         :
    Debtor                      : Bankruptcy No. 21-13344 ELF

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw my appearance for the above Debtor.

*/s/ Brad J. Sadek*
BRAD J. SADEK, ESQUIRE
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance for the above Debtor.

*/s/ Michael Schwartz*
MICHAEL SCHWARTZ, ESQUIRE
707 Lakeside Office Park
Southampton, PA 18966