United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-13344-elf

Michael B. Prentice     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 12, 2022     Form ID: 155     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael B. Prentice, 7183 N. 18th Street, Philadelphia, PA 19126-1501 |
| 14663763 | + | Brenda Spearman, 7183 N 18th Street, Philadelphia, PA 19126-1501 |
| 14656819 | + | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14667822 | + | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14668255 | + | The Money Source, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14656820 | + | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14669142 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14669403 | + | The Money Source Inc., TMS Attn: Bankruptcy Cashiering, 3138 E Elwood Street, Phoenix, Arizona 85034-7210 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671104 | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14657741 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2022 23:56:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657887 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2022 23:56:45 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14656818 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 12 2022 23:44:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14663764 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2022 23:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14669142 | + | Email/Text: BK@servicingdivision.com | Apr 12 2022 23:44:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14669403 | + | Email/Text: BK@servicingdivision.com | Apr 12 2022 23:44:00 | The Money Source Inc., TMS Attn: Bankruptcy Cashiering, 3138 E Elwood Street, Phoenix, Arizona 85034-7210 |
| 14656820 | + | Email/Text: BK@servicingdivision.com | Apr 12 2022 23:44:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 12, 2022 | Form ID: 155 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Michael B. Prentice msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE MONEY SOURCE bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael B. Prentice
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−13344−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 12,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

47 − 18
Form 155