### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael B. Prentice                  CHAPTER 13

                Debtor(s)

                                                          BKY. NO. 21-13344 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    **/s/ Michael P. Farrington**
                                                    Michael P. Farrington, Esquire
                                                    Attorney I.D. No. 329636
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    215-627-1322
                                                    mfarrington@kmllawgroup.com