**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **MICHAEL B. PRENTICE** | : | Chapter 13 |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **21-13344 PMM** |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Motion to Voluntarily Dismiss Bankruptcy Case with accompanying Order was sent on July 7, 2023, by electronic notification and/or United States First Class Mail to the parties listed on the Clerk's Service List.

       **\s\ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**