**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     MICHAEL B. PRENTICE    :    Chapter 13
:
:    Bankruptcy Case Number
:    21-13344 PMM

**ORDER**

**AND NOW**, this 11th day of July, 2023, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Patricia M. Mayer
US Bankruptcy Judge