United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13344-pmm |
| Michael B. Prentice | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael B. Prentice, 7183 N. 18th Street, Philadelphia, PA 19126-1501 |
| 14663763 | + | Brenda Spearman, 7183 N 18th Street, Philadelphia, PA 19126-1501 |
| 14782537 | + | MidFirst Bank, c/o Michael P. Farrington, Esquire, KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14668255 | + | The Money Source, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2023 01:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 01:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2023 01:08:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jul 12 2023 01:05:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14671104 | | Email/Text: megan.harper@phila.gov | Jul 12 2023 01:05:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14657741 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2023 01:08:31 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657887 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2023 01:08:29 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14656818 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 12 2023 01:05:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14706960 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2023 01:05:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14782294 | ^ | MEBN | Jul 12 2023 00:58:16 | MidFirst Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14751806 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 12 2023 01:08:42 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14656819 | + | Email/Text: flyersprod.inbound@axisai.com | Jul 12 2023 01:05:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14667822 | ^ | MEBN | Jul 12 2023 00:58:17 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669142 | + | Email/Text: BK@servicingdivision.com | Jul 12 2023 01:05:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14669403 | + | Email/Text: BK@servicingdivision.com | Jul 12 2023 01:05:00 | The Money Source Inc., TMS Attn: Bankruptcy Cashiering, 3138 E Elwood Street, Phoenix, Arizona 85034-7210 |
| 14656820 | + | Email/Text: BK@servicingdivision.com | Jul 12 2023 01:05:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14663764 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14684724 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14684799 | *+ | The Money Source Inc., TMS Attn: Bankruptcy Cashiering, 3138 E Elwood Street, Phoenix, Arizona 85034-7210 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE MONEY SOURCE bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Michael B. Prentice msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 20 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        MICHAEL B. PRENTICE    :    Chapter 13
                                     :
                                     :    Bankruptcy Case Number
                                     :    21-13344 PMM

## ORDER

**AND NOW**, this 11th day of July, 2023, upon consideration of Debtor's Motion to Dismiss, it is hereby **ORDERED AND DECREED** that said Motion is granted and Debtor's Case is Dismissed.

_____
Honorable Patricia M. Mayer
US Bankruptcy Judge